FILED: October 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4423 (L)
(3:14-cr-00736-TLW-7)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DION W. JONES, a/k/a Juvy

       Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk