IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

NO: 15-4491

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>vs.<br><br>ERIC DEAN SMITH<br><br>APPELLANT. | *MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX* |

  Comes now the Appellant, by and through undersigned counsel, and moves the Court to allow him an additional sixty (60) days in which to file the Appellant's Brief and Joint Appendix. This request is made in good faith and not for the purpose of delay. Counsel has discussed this request with Assistant United States Attorney Jane Taylor, who consents to an extension.

  The Appellant's Brief and Joint Appendix are due to be filed on January 21, 2016. Counsel is a solo practitioner and has been preparing several other state and federal cases and needs additional time. Counsel requests an additional sixty (60) days to prepare Appellant's Brief and Appendix.

  Wherefore, counsel for Appellant prays the court will grant sixty (60) days extension to file Appellant's Brief and Joint Appendix.

            Respectfully submitted,

            _____
            Steven M. Hisker
            HISKER LAW FIRM, PC
            126 East Main Street
            Duncan, South Carolina  29334
            SteveHisker@gmail.com
            864-921-1432

            ATTORNEY FOR THE APPELLANT
            FEDERAL ID #: 7666

January 13, 2016