# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case Number:    15-4423 |
| Appellee, | ) ) |  |
| vs | ) ) | **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |
| DION JONES | ) ) |  |
| Appellant, | ) ) |  |

**THIS MATTER IS BROUGHT BEFORE THIS COURT** on behalf of the Appellant by the undersigned counsel seeking the dismissal of this appeal pursuant to FRAP Rule 42.  Counsel for the Appellant has spoken with counsel for the government who consents to this dismissal.  Further, undersigned counsel has mailed the Appellant an affidavit indicating his desire to dismiss this matter; however, at the time of the filing of this Motion this affidavit has not yet been received.

As a matter of background, the Appellant was charged by indictment with Conspiracy to Distribute Controlled Substances, and three counts of Unlawful Use of a Communication Facility.  He received the assistance of counsel in the district court.  He resolved the criminal indictment through a guilty plea resulting in a final judgment dated July 9, 2015.

A Notice of Appeal was filed on July 8, 2015. Following the filing of the Notice, the undersigned counsel was appointed to represent the Appellant in pursuit of relief on direct appeal. Undersigned counsel has received and reviewed documents related to this case including the docketing report, the indictment, the plea agreement, the pre-sentence report, the judgment, and various and multiple transcripts of hearings conducted by the district court.

Undersigned counsel has also corresponded with the Appellant through "corrLinks" email, letters, and phone calls. During this correspondence, the Appellant has identified issues of concern with his court proceedings. However, these issues primarily involve the advice he received from his appointed trial counsel and not matters which are properly presented through a direct appeal.

Further, pursuant to the plea agreement reached in this matter, the Appellant waived his direct appeal rights. Undersigned counsel is not aware of any reason to invalidate this direct appeal waiver. Instead, undersigned counsel has advised the Appellant that his concerns might be more appropriately presented as an ineffective assistance of counsel claim brought as a collateral challenge instead of through a direct appeal.

The Appellant has expressly informed undersigned counsel that he desires the dismissal of this matter and undersigned counsel has mailed an affidavit to the

Appellant to confirm this desire[1]. Again, the assistant US attorney also consents to this Motion. Thus, dismissal is appropriate.

Therefore, it is respectfully requested that this Court dismiss this matter pursuant to FRAP Rule 42.

Respectfully Submitted by:

 /s/ James A. Brown, Jr.                    February 11, 2016
James A. Brown, Jr.                         Beaufort, SC
Attorney for the Appellant

---

[1] Undersigned counsel will provide this Court with this executed Affidavit when it is returned by the Appellant from his prison location.