FILED: February 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4423 (L)
(3:14-cr-00736-TLW-7)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DION W. JONES, a/k/a Juvy

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 02/25/2016

Opening brief due: 02/25/2016

Response brief due: 03/17/2016

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk